IN THE SUPREME COURT OF THE STATE OF NEVADA

ASHLY SLOAN-BRINKLEY,
                Appellant,

vs.

AMAL SRIVASTAVA,
                Respondent.

No. 83083

**FILED**

JAN 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Sandra A. Unsworth, District Judge, Family Court Division
       Margaret M. Crowley, Settlement Judge
       Woodburn & Wedge
       Kathleen T. Breckenridge
       Viloria, Oliphant, Oster & Aman L.L.P.
       Washoe District Court Clerk

22-02322